UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES


NEWARK
Judge: BRIAN M. MARTINOTTI                    Date:    11/13/2024
Court Reporter: TAMMERA WITTE                 Docket No: 2:24-714

Title of the Case:
i
UNITED STATES OF AMERICA
v.
CHRISTOPHER GALLO
MEHMET ALI ELMAS

Appearances:

Shontae Gray, AUSA
Michael S. Weinstein, Attorney for Defendant, Gallo
Blair Zwillman, Attorney for Defendant, Mehmet Ali Elmas

Nature of Proceedings:

Conference held in chambers
Defendants present & sworn.

**As to Deft: Gallo**
Plea: Not Guilty to Counts 1-18 of the Indictment

**As to Deft: Elmas**
Plea:   Not Guilty to Counts 1-18 of the Indictment

Court ordered as follows:
- Motions for Continuance to be filed by 11/18/2024
- Defendant's Response due by 11/25/2024
- Reply due by 12/03/24
- Motion for Modification of Bail Conditions to be addressed by Magistrate Judge Espinosa

Bail Continued
OTBS

Commenced: 1:00 pm
Concluded:   1:30 pm

_Lissette Rodriguez_, Courtroom Deputy
to the Honorable Brian R. Martinotti U.S.D.J.