

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201-489-3000   201-489-1536 fax

New York
—
Delaware
—
Maryland
—
Texas
—
Florida

Michael S. Weinstein
Member
Admitted in NJ and NY

Reply to New Jersey Office
Writer's Direct Line: 201.525.6321
Writer's Direct Fax: 201.678.6321
Writer's E-Mail: MWeinstein@coleschotz.com

August 4, 2025

**Via ECF:**

Honorable Andre M. Espinosa, U.S.D.M.J.
U.S. District Court
Martin Luther King Building
50 Walnut Street
Newark, NJ 07101

Re:   U.S.A v. Gallo (Crim. No. 24-712; Mag. No. 24-11131)

Dear Magistrate Espinosa:

This office represents Christopher Gallo in the above-referenced matter. We write to notify the Court that Mr. Gallo has received an employment offer to be a Business Development Consultant, to which the Government has no objection. The new position does not require any regulatory license by any Federal or State banking or mortgage lenders. We have outlined the scope and breadth of the new position to the U.S. Attorney's Office and have reached out three times to Pretrial Services to do the same. The U.S. Attorney's office does not object to the position. Therefore, we request that the Court modify Mr. Gallo's bail conditions to immediately permit him to finalize and commence employment.

Mr. Gallo has been offered a position as a Business Development Consultant. *See* **Attachment A**, Letter from RCG Mortgage dated July 25, 2025. Although Mr. Gallo's prospective employer is a mortgage brokerage company, Mr. Gallo's position will be entirely non-public facing and he "will not have any role, responsibilities, or contact with borrowers, mortgage applications, rates, financial transactions, or documents submitted by RCG mortgage clients." **Attachment B**, Email from Selene Anderson dated July 25, 2025. Instead, as described by Mr. Gallo's prospective employer, Mr. Gallo's role would be to:

> nurture more limited real estate professionals in business development methods and opportunities. The key aspects of this position will involve building strong outside relationships with professionals such as Realtors, CPAs, financial planners, and divorce attorneys to drive business to RCG Mortgage. You'll also focus on promoting RCG Mortgage locally by attending various networking events, social events, and open houses to enhance our brand recognition and build a stronger presence in both the New Jersey and Florida regions, again, industry focused only.



Honorable Andre M. Espinosa, U.S.D.M.J.
August 4, 2025
Page 2

>Additionally, you'll be assisting in educating our loan officers on effective appropriate strategies for generating business through their referral partners and networks. Finally, you will help implement and test a beta version of an AI-driven CRM system.

*Id.* Mr. Gallo has notified his potential employer of the current criminal proceedings against him and the nature of the allegations. They have remained committed to their employment offer.

New employment is critically important for Mr. Gallo. Mr. Gallo is solely responsible for the financial obligations of his family, including his four young children and his wife in addition the upkeep of his residence and general family financial well-being. Mr. Gallo remains complaint with current bail conditions, which have been in place since November 2024, *see* ECF No. 49. Pre-trial has visited his residence and contacted him as part of the normal course of supervision as recently as two weeks ago. They were satisfied with the visit and his continued communications and actions while on bail.

The current restriction that prohibits any type of work within the mortgage industry prevents Mr. Gallo from obtaining meaningful employment to provide for his family. As evidenced by the job description from his prospective employer, *see* Attachment B, this position would allow Mr. Gallo to work in his industry without any involvement in the mortgage loan process. Importantly, the Government has reviewed the employment offer and does not object to Mr. Gallo working in this position while he continues to challenge the charges against him, during which time he will continue under the oversight of Pre-trial Services.

We respectfully request adjustment of Mr. Gallo's bail conditions to permit him to seek and start this employment opportunity immediately. We appreciate the Court's consideration of this request.

Very truly yours,

COLE SCHOTZ P.C.

*/s/ Michael S. Weinstein*

Michael S. Weinstein

MSW:als

cc:   AUSA Christopher Fell
      Christopher Gallo

**It is so Ordered** on this day _____ of August 2025, that Mr. Gallo is permitted to proceed immediately with his employment application and secure employment with RCG Mortgage, and

COLE SCHOTZ P.C.

Honorable Andre M. Espinosa, U.S.D.M.J.
August 4, 2025
Page 3

**It is further Ordered** that all remaining Bail conditions remained unchanged and in effect including supervision by Pre-Trial Services.

_____     _____
Andre M. Espinosa, U.S.D.M.J.                              Date
District of New Jersey

# EXHIBIT A



July 25, 2025

**Christopher Gallo**

**Re: Offer for Business Development Consultant**

Dear Christopher,

On behalf of Russell Capital Group LLC, I would like to extend the below offer to you:

- **Position**: Business Development Consultant
- **Base Salary**:
- **Start Date**: July 28, 2025

We look forward to working with you!

Sincerely,

*Andrew Russell*

Andrew Russell
Russell Capital Group LLC
Email: andrew@rcgmortgage.com

---

**Offer Accepted By:**

I, **Christopher Gallo**, accept the offer and agree to the terms stated above.

Signature: _____     Date: _____

490 Wheeler Rd, Ste 252
Hauppauge, NY 11788

Company NMLS # 1479554

"Brokers Do It Better...
RCG Does It Best"

# EXHIBIT B

**From:** Selene Anderson
**Date:** July 25, 2025 at 1:45:17 PM EDT
**To:** Christopher Gallo < >
**Cc:** Andrew Russell
**Subject: Offer Letter for Business Development Consultant**

Hi Chris! Attached is the offer letter for Business Development Consultant.

Below is a little background on what the role would consist of.

This is a non-public facing role where the objectives are to nurture more limited real estate professionals in business development methods and opportunities. The key aspects of this position will involve building strong outside relationships with professionals such as Realtors, CPAs, financial planners, and divorce attorneys to drive business to RCG Mortgage. You'll also focus on promoting RCG Mortgage locally by attending various networking events, social events, and open houses to enhance our brand recognition and build a stronger presence in both the New Jersey and Florida regions, again, industry focused only. Additionally, you'll be assisting in educating our loan officers on effective appropriate strategies for generating business through their referral partners and networks. Finally, you will help implement and test a beta version of an AI-driven CRM system. You will not have any role, responsibilities, or contact with borrowers, mortgage applications, rates, financial transactions, or documents submitted by RCG mortgage clients.

Thank you so much!

Sincerely,





**Selene Anderson**

Executive Assistant to Andrew Russell

RCG Mortgage

2

**Direct :** 631-481-8250

**Web** www.rcgmortgage.com **Email**

490 Wheeler Rd, Ste 252 Hauppauge, NY 11788

NMLS #217975

Company NMLS #1479554

